In the Matter of MINNIE YOUNG, Appellant, against FREDERICK J. H. KRACKE et al., Constituting the Board of Assessors of the City of New York, Respondents.

Argued October 21, 1941; decided November 27, 1941.

*Bernard L. Bermant* and *George Bergen* for appellant.

*Herman Spingarn, amicus curiæ.*

*William C. Chanler,* Corporation Counsel (*Paxton Blair, Julius Isaacs* and *Alfred D. Jahr* of counsel), for respondents.

Order affirmed, without costs; no opinion. (See 287 N. Y. 754.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.